UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2026 OCT 20 P 4: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

DR. SHIVA AYYADURAI,

Candidate for United States Senate,

*Plaintiff,*

*v.*

BELMONT NEWS FOUNDATION, INC, (d/b/a THE BELMONT VOICE); JESSE A FLOYD, Editor-in-Chief; and SARAH CAPUTO,

*Defendants.*

Civil Action No._

COMPLAINT FOR EMERGENCY INJUNCTIVE RELIEF, BREACH OF CONTRACT, PROMISSORY ESTOPPEL, MASSACHUSETTS CIVIL RIGHTS ACT (M.G.L c. 12, § 11H), AND UNFAIR TRADE PRACTICES (M.G.L. c. 93A)

JURY TRIAL DEMANDED

**COMPLAINT**

**PARTIES**

1. Plaintiff Dr. Shiva Ayyadurai ("Dr. SHIVA") is a resident of Belmont, Massachusetts, a 45-year community resident, an MIT PhD biological engineer, and a certified, legally qualified Independent candidate for the United States Senate in the Commonwealth of Massachusetts.

2. Dr. SHIVA 4 SENATE Campaign Committee is the official principal campaign committee of Dr. SHIVA.

3. Defendant Belmont News Foundation, Inc. is a Massachusetts tax-exempt non-profit corporation operating a local digital media outlet doing business as "The Belmont Voice" in Belmont, Massachusetts.

4. Defendant Jesse A. Floyd is the Editor-in-Chief of The Belmont Voice.

5. Defendant Sarah Caputo is an editorial representative and officer of The Belmont Voice.

## JURISDICTION AND VENUE

6. This Court has federal question and supplemental jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367, as this action involves federal constitutional free speech standards during an active election for federal office (U.S. Senate) and federal non-profit tax-exemption regulations under 26 U.S.C. § 501(c)(3).

7. Venue is proper in the District of Massachusetts under 28 U.S.C. § 1391(b).

## STATEMENT OF FACTS

8. Defendant Belmont News Foundation, Inc. operates under 501(c)(3) tax-exempt status, which legally requires absolute non-partisanship and prohibits candidate discrimination or favoritism in political campaign coverage under 26 U.S.C. § 501(c)(3).

9. On August 26, 2026, in response to an inquiry regarding general election candidate coverage, Defendant Jesse A. Floyd issued an explicit written commitment: "When we get to the general election, our coverage will expand to include other candidates."



**Jesse Floyd** <jfloyd@belmontvoice.org> Wed, Aug 26, 2026 at 8:58 AM
To: vashiva@cytosolve.com

Tuesday is a primary election, and our coverage was focused on candidates facing primary challenges. When we get to the general election, our coverage will expand to include other candidates.
Thank you for reaching out.
J

Jesse A. Floyd
Editor in Chief
The Belmont Voice
617-249-1051
jfloyd@belmontvoice.org

**Shiva Ayyadurai** <vashiva@cytosolve.com> Wed, Aug 26, 2026 at 11:38 AM
To: Jesse Floyd <jfloyd@belmontvoice.org>
Cc: Michael Mosca <moscam@msn.com>, Crystal Ellis <tfh.movement@gmail.com>

Sounds good.

Reach out to:
Mike Mosca - our campaign manager or
Crystal Ellis - our dir of communications

to setup interview
-dr. Shiva

On Aug 26, 2026, at 08:58, Jesse Floyd <jfloyd@belmontvoice.org> wrote:

[Quoted text hidden]

**Jesse Floyd** <jfloyd@belmontvoice.org> Wed, Aug 26, 2026 at 11:39 AM
To: Shiva Ayyadurai <vashiva@cytosolve.com>
Cc: Michael Mosca <moscam@msn.com>, Crystal Ellis <tfh.movement@gmail.com>

Thanks much. It will be a week or a bit longer after the primary for us to get sorted.

**Figure 1: Written commitment from Editor-in-Chief Jesse A. Floyd promising expanded general election coverage (Aug 26, 2026).**

10. Plaintiff accepted Defendants' offer and, at 11:39 AM on August 26, 2026, Defendant Floyd further confirmed receipt and acceptance, stating: "Thanks much. It will be a week or a bit longer

after the primary for us to get sorted." Plaintiff detrimentally relied upon this explicit commitment to receive equal media access alongside major-party opponents.

11. Following the primary election, Defendants actively published a dedicated, lengthy feature profile on Republican U.S. Senate candidate John Deaton.

12. Despite publishing coverage for the Republican candidate, Defendants repeatedly refused, delayed, and stalled all efforts to schedule or publish an equivalent interview/profile for Plaintiff Dr. SHIVA - a 45-year Belmont resident and Independent candidate.

13. On September 25, 2026, at 8:46 PM, Plaintiff Dr.SHIVA sent a courtesy inquiry to Defendant Floyd noting that *The Belmont Voice* had already published a feature profile on Republican candidate John Deaton, pointing out that general election mail-in voting was underway, and requesting an interview date pursuant to Floyd's August 26 promise.

**Shiva Ayyadurai** <vashiva@cytosolve.com> Fri, Sep 25, 2026 at 8:46 PM
To: Jesse Floyd <jfloyd@belmontvoice.org>
Cc: Michael Mosca <moscam@msn.com>, Crystal Ellis <tfh.movement@gmail.com>, ssullivan@belmontvoice.org, Dilan Esper <DEsper@harderstonerock.com>, Offices Phelan Law <phelanlawoffices@comcast.net>, Mike Mosca <mike@shiva4senate.com>, Andrew Rice <ajrice34@gmail.com>, Nick Lupo <nick624@optonline.net>, Sureshkumar Ramaiah <sureshku2019@outlook.com>, Bárbara Herda <bherda71@gmail.com>

Jesse,

My friends and neighbors in Belmont just sent me this: https://belmontvoice.org/john-deaton-is-trying-his-hand-as-an-anti-trump-republican-in-massachusetts-will-it-work/ and were disappointed why I - a resident of Belmont of 45 years - have yet to be interviewed by the BELMONT Voice given I'm on the ballot for US SENATE as an Independent.

I forwarded them your earlier email assurance that I would be interviewed once the general election period started.

Well it has started, and you've already interviewed Deaton who is a Republican - in a party that has less than 7% registered voters, while my candidacy as an INDEPENDENT represents 65% of the voters.

Kindly let me know when we should schedule the interview.

Here are some references that will help your team get ready:

-Campaign Flyer: https://shiva4senate.com/wp-content/uploads/2026/06/s4s-bw-flyer-2026-front-without-cropmarks.pdf
s4s-bw-flyer-2026-front-without-cropmarks.pdf

-Campaign video: https://youtu.be/GvR3r0HI7Ik

-Bio & CV: https://vashiva.com/about-va-shiva-ayyadurai/

- MIT Front Page Article in Tech Talk: https://news.mit.edu/2007/east-west-0917

-MIT Technology Review: https://www.technologyreview.com/2000/01/01/236488/dr-e-mail-will-see-you-now/

-Time Magazine on the Man Who Invented Email:



The Man Who Invented Email | TIME.com
web.archive.org

-CBS Innovation Nation w Mo Rocca - Inventor of Email: https://youtu.be/MWTvG6d908A

https://mail.google.com/mail/u/0/?ik=7f4d9a73d2&view=pt&search=all&permthid=thread-f:1874590833648259666&simpl=msg-f:1874590833648259666&simpl=... 2/3

10/19/26, 3:29 PM Cytosolve.com Mail - The Voice

Thank you.

Warm regards,
-Dr.Shiva
[Quoted text hidden]

**Figure 2A: Initial written inquiry requesting interview scheduling following Defendants' profile of Republican opponent John Deaton (Sept 25, 2026, 8:46 PM).**

14. Later that evening, at 10:00 PM on September 25, 2026, after recognizing Defendants' pattern of delay and constructive candidate exclusion during active voting, Plaintiff issued a formal, legal escalation email to Defendants Floyd, Caputo, and board members, explicitly citing 26 U.S.C. § 501(c)(3) candidate neutrality requirements, active mail-in balloting, and demanding an interview confirmation by 5:00 PM on September 26.

**Shiva Ayyadurai** <vashiva@cytosolve.com> Fri, Sep 25, 2026 at 10:00 PM
To: Jesse Floyd <jfloyd@belmontvoice.org>
Cc: Michael Mosca <moscam@msn.com>, Crystal Ellis <tfh.movement@gmail.com>, ssullivan@belmontvoice.org, Dilan Esper <DEsper@harderstonerock.com>, Offices Phelan Law <PhelanLawOffices@comcast.net>, Mike Mosca <mike@shiva4senate.com>, Andrew Rice <ajrice34@gmail.com>, Nick Lupo <nick624@optonline.net>, Sureshkumar Ramaiah <sureshku2019@outlook.com>, Barbara Herda <bherda71@gmail.com>, scaputo@belmontvoice.org, phurley@belmontvoice.org, info@belmontvoice.org

Jesse,

I thought about it after I sent you my email, and it occurred to me that you went and did an article on Deaton and have yet to even schedule me. That can only mean you have no intent in doing any interview, and as a person of color who has had to fight racism all my life—this smells!

So I refuse to let your delay, whether due to sloppiness or blatant malevolence, affect the people of Belmont knowing one of their own is running for US SENATE. Therefore, I am writing to formally escalate *The Belmont Voice*'s failure to schedule an interview for my U.S. Senate campaign.

On August 26, 2026, you provided written assurance stating: *"When we get to the general election, our coverage will expand to include other candidates."*

Mail-in ballots are already out, and Belmont residents are actively casting their votes right now. Yet, while *The Belmont Voice* prioritized and published a feature profile on Republican candidate John Deaton—representing a party with less than 7% of registered voters in Massachusetts—you have continually stalled and failed to schedule an interview with me, a 45-year Belmont resident, an MIT PhD, and an Independent candidate representing the 65% Unenrolled majority.

Selective scheduling that privileges major-party candidates while sidelining an independent resident during active voting operates as constructive exclusion. As a 501(c)(3) tax-exempt public charity operating under the Belmont News Foundation, *The Belmont Voice* is strictly bound by federal law (26 U.S.C. § 501(c)(3)) to maintain absolute non-partisanship. Deploying tax-exempt assets to profile party candidates while delaying equal exposure for a local Independent candidate risks violating IRS non-interference regulations and jeopardizes your tax-exempt status.

**Demand for Immediate Action:**

Please confirm by **5:00 PM EST tomorrow, Saturday, September 26, 2026**, the specific date and time for my campaign interview that must take place within the next 5 business days.

If *The Belmont Voice* fails to confirm a specific interview date by this deadline, our campaign will take the following steps without further notice.

1. File an emergency complaint for Injunctive Relief in Massachusetts Superior Court against The Belmont News Foundation, Inc. for non-partisan election interference and breach of promissory reliance.
2. Submit a formal Information Return (Form 13909) to the IRS Tax Exempt and Government Entities Division detailing 501(c)(3) candidate access discrimination.
3. Release this complete email chain publicly to regional news outlets and across Belmont community networks.

We expect your prompt confirmation. I've cc'd counsel.

Sincerely,

**Dr. SHIVA Ayyadurai, MIT PhD**

**Figure 2B: Urgent formal notice and demand putting Defendants on explicit notice of 501(c)(3) non-profit tax violations, active voting, and impending emergency legal action (Sept 25, 2026, 10:00 PM).**

15. On September 26, 2026, Defendant Sarah Caputo transmitted a vague refusal to set a firm date (*"plans to include your campaign... as reporting progresses"*), effecting a constructive candidate exclusion during active voting.

**Sarah Caputo** <scaputo@belmontvoice.org> Sat, Sep 26, 2026 at 12:44 PM
To: Shiva Ayyadurai <vashiva@cytosolve.com>
Cc: Jesse Floyd <jfloyd@belmontvoice.org>, Michael Mosca <moscam@msn.com>, Crystal Ellis <tfh.movement@gmail.com>, ssullivan@belmontvoice.org, Dilan Esper <DEsper@harderstonerock.com>, Offices Phelan Law <PhelanLawOffices@comcast.net>, Mike Mosca <mike@shiva4senate.com>, Andrew Rice <ajrice34@gmail.com>, Nick Lupo <nick624@optonline.net>, Sureshkumar Ramaiah <sureshku2019@outlook.com>, Bárbara Herda <bherda71@gmail.com>, phurley@belmontvoice.org, info@belmontvoice.org

Dr. Shiva,

Thanks for your outreach. Our editorial team is planning further coverage of this race and does plan to include your campaign in that coverage. They'll be in touch as their reporting progresses.

Best wishes,
Sarah Caputo

Sent from my iPhone

**Figure 3A: Constructive candidate exclusion response from Sarah Caputo during active voting (Sept 26, 2026).**

16. On September 28, 2026, at 3:41 PM, Plaintiff transmitted a formal written notice to Defendant Sarah Caputo, Defendant Jesse A. Floyd, and members of the board of The Belmont Voice, formally rejecting Defendants' stalling tactics as constructive candidate exclusion, placing Defendants on direct notice of Massachusetts Civil Rights Act violations and federal 501(c)(3) candidate neutrality requirements, and putting Defendants on notice of impending federal court action.

**Racist "Belmont Voice" Must Be Punished for Violating Multiple Federal Laws.**
5 messages

**Shiva Ayyadurai** <vashiva@cytosolve.com> Mon, Sep 28, 2026 at 3:41 PM
To: Sarah Caputo <scaputo@belmontvoice.org>
Cc: Jesse Floyd <jfloyd@belmontvoice.org>, Michael Mosca <moscam@msn.com>, Crystal Ellis <tfh.movement@gmail.com>, ssullivan@belmontvoice.org, Dilan Esper <DEsper@harderstonerock.com>, Offices Phelan Law <PhelanLawOffices@comcast.net>, Mike Mosca <mike@shiva4senate.com>, Andrew Rice <ajrice34@gmail.com>, Nick Lupo <nick624@optonline.net>, Sureshkumar Ramaiah <sureshku2019@outlook.com>, Bárbara Herda <bherda71@gmail.com>, phurley@belmontvoice.org, info@belmontvoice.org

Sarah,

It's really very simple: you and your organization are racist, and you intentionally violated the law.

Your vague response - a deliberate stalling tactic that constitutes constructive candidate exclusion - is an insult to my campaign and to me personally. It lays bare the reality of who you are: racist scumbags who think perfunctory rhetoric, performative DEI, and posting LGBTQ flags can cover up your desire to curate non-whites within your own segregated bounds under the guise of "fighting for people of color." As Martin Luther King Jr. warned us, the greatest stumbling block in the stride toward freedom is not the overt bigot, but the white moderate who prefers a negative peace to the presence of justice, and who thinks they can paternalistically set the timetable for another man's freedom.

Ballot-qualified voting for the general election is actively underway in Belmont right now. You intentionally chose to cover TWO White Men in the "Belmont VOICE," but no voice was given to me - a Brown-skinned, "Low-Caste" Indian immigrant man, and a Belmont resident of 40+ years who has contributed tens of millions of dollars in local and state taxes over those four decades.

You covered Ed Markey - a White man and an institutionalized "progressive" who voted Yea for $250B+ in funding over 50 years to butcher and commit genocide upon 2.1 million people of color across the globe. When I questioned why Markey was covered and I was not, your Editor responded with a delay tactic, and then went on his merry way to do a dedicated feature profile on Republican candidate John Deaton - another White man - a carpetbagger who only moved back to Massachusetts TWO YEARS AGO to establish residency to run for U.S. Senate.

In Malcolm X's words, you have used media to make the victims look like criminals and the criminals look like victims - gatekeeping who gets to speak and who gets erased. In doing so, you have not only violated my Civil Rights, but you have violated the Law. With the arrogance of your Harvard Law degrees and your cozy connections with local judges and establishment scumbags, your racism assumed I'd be a "good Indian" - that I would smile, tilt my head side-to-side, and say, "okay, you can screw me over."

You calculated wrong.

As a 501(c)(3) entity operating under the Belmont News Foundation, Inc., your tax-exempt status requires strict candidate neutrality under federal law (26 U.S.C. § 501(c)(3)). Such candidate neutrality would have been reflected in your at least interviewing Deaton and I before, and then publishing the interviews concomitantly so we got equal airtime. You didn't do that. You thought I would let you get away, and then you would just delay, delay, delay. Deploying tax-exempt media assets to elevate major-party options while suppressing an Independent resident during an active federal election directly violates these federal standards.

We will not negotiate for rights that are ours by Law. You have broken the Law and you must be punished. Because the U.S. Senate is a federal office and federal election, we will be taking this directly to the courts, including Federal Court, alongside administrative proceedings with the IRS to revoke your non-profit tax-exempt status. Furthermore, my global movement of over 3 million followers across our digital networks will be made fully aware of your blatant racism, hypocrisy, and media corruption.

Exposing your "cleverness" to violate my civil rights publicly, along with full punishment through the courts and regulatory bodies, is what you need and what you deserve. The real racists are not the "rednecks" down South, but the "liberal elites" like you, right here in the North - in Belmont who have not intention of giving any Voice to a Brown man like me who doesn't conform to your standards of a "good Indian."

Fuck you and the Belmont Voice,





Dr. SHIVA Ayyadurai, MIT PhD

**Figure 3B: Plaintiff's September 28, 2026 formal notice to Sarah Caputo and editorial board detailing constructive candidate exclusion, 501(c)(3) violations, and Massachusetts Civil Rights Act violations.**

17. On October 14, 2026 - weeks into active mail-in voting and nearly three weeks after Plaintiff's formal demand - Defendant Jesse A. Floyd transmitted a late, four-question email that misidentified Plaintiff Dr. SHIVA's federal candidacy for the United States Senate as a state legislative race ("Why did you select the state senate as your target?"), demonstrating bad-faith pre-litigation pretext.

**The Voice**
1 message

---

**Jesse Floyd** <jfloyd@belmontvoice.org> Wed, Oct 14, 2026 at 10:54 AM
To: Shiva Ayyadurai <vashiva@cytosolve.com>

Mr. Ayyadurai,
We are working on a piece about independent candidates on the Nov. 3 ballot.

Please keep your answers to the following questions as concise and direct as possible. We reserve the right to edit for clarity and length.

1) What motivated you to run this year?
2) Why did you select the state senate as your target?
3) What would you consider a successful campaign?
4) How have people reacted to your campaign so far?

Please send me your answers by Friday at 10 a.m.
Thank you
JFloyd

Jesse A. Floyd
Editor in Chief
The Belmont Voice
617-249-1051
jfloyd@belmontvoice.org

**Figure 4: Defendant Floyd's October 14 email demonstrating pre-litigation pretext and misidentifying the federal U.S. Senate race as "state senate."**

18. Demonstrating a consistent pattern of discriminatory disrespect, racial gatekeeping, and bad-faith minimization toward a Brown-skinned Indian immigrant candidate of 45 years residency, Defendant Floyd deliberately refused to address Plaintiff by his earned academic title ("Dr. Ayyadurai" or "Dr. SHIVA") in his October 14 communication - instead addressing him as "Mr. Ayyadurai" while simultaneously misrepresenting his federal U.S. Senate candidacy as a

local "state senate" race. This conduct stands in stark contrast to the institutional deference and proper titling afforded to major-party white candidates.

19. On October 19, 2026, Plaintiff immediately transmitted a formal written rebuttal rejecting Defendant Floyd's deceptive mischaracterization and late questionnaire, correcting the record that Plaintiff Dr. SHIVA is seeking federal office for the United States Senate, and putting Defendants on final notice of their ongoing 501(c)(3) violations and constructive candidate exclusion.

URGENT / PRE-LITIGATION NOTICE: Federal Injunction, IRS 501(c)(3) Complaint & Chapter 93A Demand — Dr. SHIVA Ayyadurai Inbox ×

**Shiva Ayyadurai** <vashiva@cytosolve.com> 3:54 PM (7 minutes ago)

to Jesse, Sarah, info, ssullivan, phurley, Dilan, Phelan, Barbara, Mike, Andrew, nick, Sureshkumar, Crystal

Mr. Floyd & Ms. Caputo,

Please take notice that Plaintiffs Dr. SHIVA Ayyadurai and the Dr. SHIVA 4 Senate Campaign Committee are completing the final package for filing in the United States District Court for the District of Massachusetts against Defendant Belmont News Foundation, Inc. (d/b/a *The Belmont Voice*), Jesse A. Floyd, and Sarah Caputo.

The Verified Complaint and accompanying Emergency Motion for a Temporary Restraining Order (TRO) pursuant to Fed. R. Civ. P. 65 assert claims for **Breach of Contract, Promissory Estoppel, Massachusetts Civil Rights Act (M.G.L. c. 12, § 11H), and Unfair Trade Practices (M.G.L. c. 93A)** arising from your constructive candidate exclusion, refusal to provide equal coverage during active mail-in voting, and misuse of tax-exempt 501(c)(3) public charity assets to curate election coverage.

Take notice that the federal filing contains full, high-resolution annotated evidence of all written exchanges—including:

- Mr. Floyd's August 26 written commitment;
- Plaintiffs' September 25 and September 28 formal legal notices;
- Ms. Caputo's non-committal response effecting constructive candidate exclusion;
- Mr. Floyd's October 14 email attempting to mischaracterize this federal U.S. Senate candidacy as a "state senate" race;
- Defendants' pervasive pattern of racial gatekeeping and discriminatory disrespect, including Mr. Floyd's refusal to address Plaintiff using his earned professional title ("Dr. Ayyadurai") while affording institutional deference and proper titling to white, major-party candidates; and
- Formal notification already submitted to the Internal Revenue Service (IRS) Tax Exempt and Government Entities Division via IRS Form 13909, placing Defendants' 501(c)(3) public charity tax-exempt status under active federal regulatory review for candidate discrimination.

**Remedies Required to Cure Harm:**

Because mail-in ballots have been in voters' hands for weeks, a standard late Q&A or perfunctory write-up at this stage is legally insufficient to cure the weeks of lost exposure and unfair advantage granted to your major-party opponent. To cure this ongoing violation and avoid emergency judicial proceedings, Defendants must confirm agreement to the following terms by **5:00 PM EST today, October 19, 2026**:

1. **Immediate Equal Feature Profile:** Publish an expansive, unedited feature profile of Dr. SHIVA Ayyadurai matching the prominent coverage provided to Republican candidate John Deaton.
2. **Prominent Front-Page Correction & Public Retraction:** Publish a top-of-page front-page notice explicitly acknowledging Dr. SHIVA's certified candidacy for the **United States Senate** and addressing the failure to provide concurrent non-partisan coverage during active mail-in voting.
3. **Dedicated Subscriber Email Distribution:** Transmit a dedicated email broadcast featuring Dr. SHIVA's campaign profile and unedited platform directly to *The Belmont Voice*'s full digital subscriber list.
4. **Pinned Front-Page Placement:** Maintain the profile and video embed pinned at the top of the digital front page through Election Day.

If you fail to provide written confirmation agreeing to these terms by the 5:00 PM EST deadline, the Verified Complaint, Motion for TRO, and Summons will be formally filed in the U.S. District Court in Boston without further notice, and formal service under FRCP Rule 4 will commence immediately.

Sincerely,

**/s/ Dr. Shiva Ayyadurai**

Dr. SHIVA Ayyadurai, Plaintiff Pro Se

701 Concord Avenue, Cambridge, MA 02138

Email: vashiva@cytosolve.com

Phone: 857-393-7910

*Dr. SHIVA 4 Senate Campaign Committee*

**Figure 5: Plaintiff's immediate written rebuttal and pre-litigation demand correcting Defendant Floyd's "state senate" misrepresentation and detailing required 501(c)(3) remedies (Oct 19, 2026).**

20. Plaintiff have formally submitted an administrative complaint (IRS Form 13909) to the Internal Revenue Service Tax Exempt and Government Entities Division, placing Defendants' 501(c)(3) public charity tax-exempt status under active regulatory review for deploying tax-exempt media assets to influence a federal election through selective candidate profiling and constructive candidate exclusion.

21. Defendants deployed tax-exempt public charity assets to grant exclusive media exposure to major-party options while intentionally suppressing a local Independent resident candidate, violating federal 501(c)(3) neutrality rules and M.G.L. c. 93A.

## COUNT I: BREACH OF CONTRACT

22. Defendants issued a clear, written offer on August 26, 2026, promising candidate coverage upon the start of the general election.

23. Plaintiff accepted Defendants' offer and performed all necessary follow-up.

24. Defendants breached the agreement by refusing to provide equal candidate coverage while granting feature publicity to an opposing major-party candidate.

## COUNT II: PROMISSORY ESTOPPEL

25. Defendants made an unambiguous promise to include Plaintiff in general election coverage.

26. Defendants reasonably expected Plaintiff and Belmont voters to rely on this promise.

27. Plaintiff detrimentally relied on this promise by refraining from alternative local publicity measures under the expectation of fair coverage from their local newspaper.

28. Injustice can only be avoided by equitable enforcement of Defendants' promise.

## COUNT III: MASSACHUSETTS CIVIL RIGHTS ACT (M.G.L. c. 12, § 11H/I)

29. Plaintiff possess constitutionally protected rights to free speech, political candidacy, and equal participation in federal elections.

30. Defendants engaged in threats, intimidation, or coercion through constructive media exclusion and selective suppression of an Independent candidate's political speech during active voting.

**COUNT IV: UNFAIR AND DECEPTIVE TRADE PRACTICES (M.G.L. c. 93A)**

31. Defendants operate trade or commerce in the Commonwealth of Massachusetts as a news publishing organization.

32. Holding out as a non-partisan community tax-exempt news entity while selectively boosting specific major-party candidates and suppressing an Independent resident candidate constitutes an unfair, deceptive, and unconscionable business practice under Mass. Gen. Laws c. 93A.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully request that this Court:

A. Issue an Emergency Temporary Restraining Order and Preliminary Injunction compelling Defendants to immediately:

(i) Publish an equal, unedited feature profile of Plaintiff Dr. SHIVA prior to Election Day;

(ii) Publish a prominent front-page correction acknowledging Plaintiff's federal candidacy for the United States Senate;

(iii) Transmit a dedicated subscriber email blast containing Plaintiff's full campaign platform; and

(iv) Pin the profile and campaign media at the top of Defendants' digital front page through Election Day;

B. Award Plaintiff compensatory damages, trebled damages under M.G.L. c. 93A, and legal fees;

C. Issue a Declaratory Judgment declaring Defendants' candidate suppression in violation of M.G.L. c. 93A and state/federal non-discrimination principles;

D. Grant such other relief as the Court deems just and proper.

## VERIFICATION

I, Dr. Shiva Ayyadurai, hereby declare under penalty of perjury under the laws of the United States of America that I am a Plaintiff in the above-captioned matter, that I have read the foregoing Complaint, and that the factual allegations contained therein are true and correct to the best of my knowledge, information, and belief pursuant to Fed. R. Civ. P. 65(b)(1)(A).

DATED: October 20, 2026

RESPECTFULLY SUBMITTED,

Dr. Shiva Ayyadurai,
*Plaintiff* Pro Se
701 Concord Avenue
Cambridge, MA 02138
E: vashiva@cytosolve.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Complaint was served upon Defendants via electronic mail on October 20, 2026 to:

Jesse A. Floyd, Editor-in-Chief (jfloyd@belmontvoice.org)
Sarah Caputo (scaputo@belmontvoice.org)
The Belmont News Foundation, Inc. / The Belmont Voice



Dr. Shiva Ayyadurai,
*Plaintiff* Pro Se
701 Concord Avenue
Cambridge, MA 02138
E: vashiva@cytosolve.com