UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2026 OCT 21 A 11: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

DR. SHIVA AYYADURAI, Candidate for United States Senate,

*Plaintiff,*

*v.*

BELMONT NEWS FOUNDATION, INC, (d/b/a THE BELMONT VOICE); JESSE A FLOYD, Editor-in-Chief; and SARAH CAPUTO,

*Defendants.*

Civil Action No._

**PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65**

Now comes Plaintiff Dr. SHIVA Ayyadurai, pro se, and respectfully move this Honorable Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for an **Emergency Temporary Restraining Order (TRO) and Preliminary Injunction** against Defendants Belmont News Foundation, Inc. (d/b/a *The Belmont Voice*), Jesse A. Floyd, and Sarah Caputo. In support of this Motion, Plaintiff state as follows:

1. **Active Voting Emergency:** Mail-in balloting for the general election is actively underway across the Commonwealth of Massachusetts. Belmont residents are actively marking and casting their ballots every day.

2. **Irreparable Harm:** Defendants - a tax-exempt 501(c)(3) public charity required under federal law to remain strictly non-partisan - have deployed tax-exempt digital media assets to publish a prominent feature profile on Republican candidate John Deaton while constructively excluding Plaintiff Dr. SHIVA, a 45-year Belmont resident and Independent candidate representing the 65% unenrolled voter majority. Once a voter casts their ballot without equal exposure to Plaintiff's platform, that vote is finalized and cannot be undone. No monetary damages can cure this ongoing dilution of political speech during active voting.

3. **Likelihood of Success on the Merits:** Plaintiff possess a strong likelihood of success on the merits of their claims under Breach of Contract, Promissory Estoppel, the Massachusetts Civil Rights Act (M.G.L. c. 12, § 11H), and Unfair Trade Practices (M.G.L. c. 93A), as documented by unambiguous written commitments and pretextual delays (Verified Complaint, Figures 1–5).

4. **Balance of Hardships & Public Interest:** Granting temporary injunctive relief imposes no burden on Defendants other than fulfilling their existing federal 501(c)(3) obligations and editorial promise. The public interest strongly favors non-partisan election integrity, equal candidate access, and informed voter choice during an active federal election.

**WHEREFORE, Plaintiff respectfully request that this Court IMMEDIATELY ORDER:**

1. Defendants to publish an equal, unedited feature profile of Plaintiff Dr. SHIVA prior to Election Day;
2. Defendants to publish a top-of-page front-page notice explicitly acknowledging Plaintiff's certified candidacy for the **United States Senate** and addressing the failure to provide concurrent non-partisan coverage;
3. Defendants to transmit a dedicated subscriber email broadcast containing Plaintiff's full campaign platform directly to *The Belmont Voice*'s digital mailing list; and
4. Defendants to maintain Plaintiff's profile and media pinned at the top of their digital front page through Election Day.

DATED: October 20, 2026

RESPECTFULLY SUBMITTED,

Dr. Shiva Ayyadurai,
*Plaintiff* Pro Se
701 Concord Avenue
Cambridge, MA 02138
E: vashiva@cytosolve.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Temporary Restraining Order and Preliminary Injunction was served upon Defendants via electronic mail on October 20, 2026 to:

Jesse A. Floyd, Editor-in-Chief (jfloyd@belmontvoice.org)
Sarah Caputo (scaputo@belmontvoice.org)
The Belmont News Foundation, Inc. / The Belmont Voice



Dr. Shiva Ayyadurai,
*Plaintiff* Pro Se
701 Concord Avenue
Cambridge, MA 02138
E: vashiva@cytosolve.com