**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>Plaintiff,<br><br>v.<br><br>BELMONT NEWS FOUNDATION, INC. (d/b/a THE BELMONT VOICE); JESSE A FLOYD, Editor-in-Chief; and SARAH CAPUTO,<br><br>Defendants. | Case No. 1:26-cv-14760-DLC |

**NOTICE OF APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants Belmont News Foundation, Inc., Jesse Floyd, and Sarah Caputo.

Dated: October 23, 2026
New York, New York

DAVIS WRIGHT TREMAINE LLP

By: */s/ Rachel F. Strom*
Rachel F. Strom
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 603-6455
Fax: (212) 489-8340
RachelStrom@dwt.com

*Counsel for Defendants Belmont News Foundation, Inc., Jesse Floyd, and Sarah Caputo*

**CERTIFICATE OF SERVICE**

I hereby certify that the within document was filed through the CM/ECF system and served via email and via Overnight Mail to Plaintiff Dr. Shiva Ayyadurai at the below address:

Dr. Shiva Ayyadurai,
Plaintiff *Pro Se*
701 Concord Avenue
Cambridge, MA 02138
vashiva@cytosolve.com

Dated: October 23, 2026

/s/ *Rachel F. Strom*
Rachel F. Strom