**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>Plaintiff,<br><br>v.<br><br>BELMONT NEWS FOUNDATION, INC. (d/b/a THE BELMONT VOICE); JESSE A FLOYD, Editor-in-Chief; and SARAH CAPUTO,<br><br>Defendants. | Case No. 1:26-cv-14760-DLC |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Belmont News Foundation, Inc. states that it has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

Dated: October 23, 2026
New York, New York

DAVIS WRIGHT TREMAINE LLP

By: */s/ Rachel F. Strom*

Rachel F. Strom
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Telephone: (212) 603-6455
Fax: (212) 489-8340
RachelStrom@dwt.com

*Counsel for Defendants Belmont News Foundation, Inc., Jesse Floyd, and Sarah Caputo*

**CERTIFICATE OF SERVICE**

I hereby certify that the within document was filed through the CM/ECF system and served via email and via Overnight Mail to Plaintiff Dr. Shiva Ayyadurai at the below address:

Dr. Shiva Ayyadurai,
Plaintiff *Pro Se*
701 Concord Avenue
Cambridge, MA 02138
vashiva@cytosolve.com

Dated: October 23, 2026

/s/ *Rachel F. Strom*
Rachel F. Strom