**EXHIBIT A: AUGUST 26, 2026 JESSE FLOYD EMAIL THREAD CONFIRMATION AND AGREEMENT TO PROVIDE COVERAGE FOR DR.SHIVA CAMPAIGN**

**Jesse Floyd** <jfloyd@belmontvoice.org> Wed, Aug 26, 2026 at 8:58 AM
To: vashiva@cytosolve.com

Tuesday is a primary election, and our coverage was focused on candidates facing primary challenges. When we get to the general election, our coverage will expand to include other candidates.
Thank you for reaching out.
J

Jesse A. Floyd
Editor in Chief
The Belmont Voice
617-249-1051
jfloyd@belmontvoice.org

---

**Shiva Ayyadurai** <vashiva@cytosolve.com> Wed, Aug 26, 2026 at 11:38 AM
To: Jesse Floyd <jfloyd@belmontvoice.org>
Cc: Michael Mosca <moscam@msn.com>, Crystal Ellis <tfh.movement@gmail.com>

Sounds good.

Reach out to:
Mike Mosca - our campaign manager or
Crystal Ellis - our dir of communications

to setup interview
-dr. Shiva

On Aug 26, 2026, at 08:58, Jesse Floyd <jfloyd@belmontvoice.org> wrote:

[Quoted text hidden]

---

**Jesse Floyd** <jfloyd@belmontvoice.org> Wed, Aug 26, 2026 at 11:39 AM
To: Shiva Ayyadurai <vashiva@cytosolve.com>
Cc: Michael Mosca <moscam@msn.com>, Crystal Ellis <tfh.movement@gmail.com>

Thanks much. It will be a week or a bit longer after the primary for us to get sorted.