**EXHIBIT B: DECLARATION OF NICHOLAS LUPO**

I, Nicholas Lupo hereby declare under penalty of perjury under 28 U.S.C. § 1746:

1. I am the Campaign Manager for the Dr. SHIVA 4 Senate Campaign Committee.
2. I participate in and lead our campaign's daily 7:00 PM strategy and operational meetings, where we allocate our finite volunteer and field resources across Massachusetts.
3. Our campaign follows an established, routine practice under Federal Rule of Evidence 406 regarding field resource allocation: when our campaign secures dedicated media coverage in a specific geographic area, we halt physical volunteer leafleting in that area to conserve finite resources. We executed this routine practice previously upon securing broadcast coverage from WWLP in Springfield and radio interview coverage in Fitchburg.
4. On August 26, 2026, we received written confirmation from Jesse A. Floyd, Editor-in-Chief of *The Belmont Voice*, stating: "When we get to the general election, our coverage will expand to include other candidates." Given *The Belmont Voice's* status as an IRS 501(c)(3) tax-exempt entity bound by federal candidate neutrality mandates, our campaign reasonably understood this written commitment to mean equal, non-partisan coverage.
5. During our daily 7:00 PM operational briefing following this commitment, I formally announced to campaign leadership that *The Belmont Voice* had committed to general election coverage reaching approximately 10,000 Belmont households.
6. In direct reliance on that written agreement, and pursuant to our routine operational practice, I instructed our field leadership, including Field Director Barbara Herda, to halt active campaign literature distribution outside the Belmont grocery store and to reallocate our field organizers away from Belmont to other municipalities. But for Mr. Floyd's

written promise, we would have maintained active leafleting in Belmont throughout September and October.

Executed this 23rd day of October, 2026.

*/s/ Nicholas Lupo*

Nicholas Lupo, Campaign Manager