**EXHIBIT C: DECLARATION OF BARBARA HERDA**

I, Barbara Herda, hereby declare under penalty of perjury under 28 U.S.C. § 1746:

1. I serve as Field Director for the Dr. SHIVA 4 Senate Campaign Committee.
2. Throughout August 2026, I personally organized and executed boots-on-the-ground voter outreach in Belmont, Massachusetts. This included coordinating the regular, physical distribution of campaign flyers directly to town residents outside the local Belmont grocery store, working alongside organizer Noel Arellano.
3. During a regular 7:00 PM campaign operational briefing, Campaign Manager Nicholas Lupo announced that *The Belmont Voice* had confirmed in writing that it would provide general election candidate coverage for Dr. SHIVA.
4. Acting on that formal confirmation and direct operational instruction, I shut down our ongoing voter leafleting operations outside the Belmont grocery store. I subsequently redeployed our field personnel and resources, including Noel Arellano and myself, to voter outreach operations in other Massachusetts municipalities.
5. Our campaign completely withdrew our physical leafleting presence from Belmont based strictly on the understanding that the local newspaper of record was honoring its written commitment to cover the campaign. This operational withdrawal caused severe prejudice to our voter contact in Belmont during early voting.

Executed this 23rd day of October, 2026.

*/s/ Barbara Herda*

Barbara Herda, Field Director