**EXHIBIT E: PROOF OF SIX-PAPER REGIONAL CONSORTIUM INTERVIEW OF OPPONENT JOHN DEATON AT VILLAGE WORKS (SEPTEMBER 24, 2026)**

Republican U.S. Senate candidate John Deaton pitched himself as an independent voice during a September 24, 2026, interview at **Village Works** in Brookline. He met with reporters from six Greater Boston nonprofit news outlets, including *Brookline.News*, *Cambridge Day*, the *Belmont Voice*, *Your Arlington*, the *Lexington Observer*, and the *Waltham Times*. Brookline.News +1

