# EXHIBIT F: DEFENDANT FLOYD'S OCTOBER 14, 2026 EMAIL CONTAINING FOUR CANDIDATE QUESTIONS

**The Voice**
1 message

**Jesse Floyd** <jfloyd@belmontvoice.org> Wed, Oct 14, 2026 at 10:54 AM
To: Shiva Ayyadurai <vashiva@cytosolve.com>

Mr. Ayyadurai,
We are working on a piece about independent candidates on the Nov. 3 ballot.

Please keep your answers to the following questions as concise and direct as possible. We reserve the right to edit for clarity and length.

1) What motivated you to run this year?
2) Why did you select the state senate as your target?
3) What would you consider a successful campaign?
4) How have people reacted to your campaign so far?

Please send me your answers by Friday at 10 a.m.
Thank you
JFloyd

Jesse A. Floyd
Editor in Chief
The Belmont Voice
617-249-1051
jfloyd@belmontvoice.org