UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2026 OCT 26 P 2:16
U.S. DISTRICT COURT
DISTRICT OF MASS.

DR. SHIVA AYYADURAI,

Candidate for United States Senate,

*Plaintiff,*

*v.*

BELMONT NEWS FOUNDATION, INC, (d/b/a THE BELMONT VOICE); JESSE A FLOYD, Editor-in-Chief; and SARAH CAPUTO,

*Defendants.*

Civil Action No. 1:26-cv-14760-ADB

**[PROPOSED] STIPULATED CONSENT ORDER**

Plaintiff Dr. Shiva Ayyadurai and Defendants Belmont News Foundation, Inc., Jesse A. Floyd, and Sarah Caputo (collectively, the "Parties"), by and through undersigned counsel and pro se representation, hereby stipulate and agree to the entry of this Consent Order to resolve Plaintiff's Renewed Emergency Motion for a Temporary Restraining Order and Preliminary Injunction without the need for an evidentiary hearing:

1. Publication of Candidate Responses: Defendants shall publish Plaintiff's written responses to the four candidate questions originally formulated by Defendant Jesse A. Floyd on October 14, 2026, corrected to reflect Plaintiff's ballot-qualified candidacy for the United States Senate.

2. Deadline for Publication: Defendants shall complete the digital publication of Plaintiff's responses on the website of The Belmont Voice (belmontvoice.org) by no later than Wednesday, October 28, 2026, at 5:00 PM EST.

3. Parity in Formatting and Layout: The publication of Plaintiff's candidate responses shall be displayed with the same digital prominence, typography, template formatting, and social sharing links as previously accorded to other general election candidates for the United States Senate.

4. Neutral Homepage Notice: Concurrently with said publication, Defendants shall post a neutral, factual notice on the homepage of The Belmont Voice identifying Plaintiff as an officially certified, ballot-qualified Independent candidate for the United States Senate.

5. Evidence Preservation: Defendants shall preserve all emails, internal communications, consortium correspondence, and editorial notes concerning candidate coverage decisions for the 2026 election cycle pending the final resolution of this action.

6. Retention of Jurisdiction: This Court shall retain continuing jurisdiction over the Parties and the subject matter of this action through Election Day, November 3, 2026, solely to enforce the terms of this Consent Order.

7. Contingent Dismissal: Upon certified verification filed by Plaintiff confirming that Defendants have fully performed the publication obligations set forth in Paragraphs 1 through 4 above, the Parties shall jointly file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

STIPULATED AND AGREED TO:

______________________________

Dr. Shiva Ayyadurai, Plaintiff Pro Se
701 Concord Avenue
Cambridge, MA 02138
Phone: 857-393-7910
Email: vashiva@cytosolve.com
Dated: October 26, 2026

______________________________

Rachel Strom, Esq.
Davis Wright Tremaine LLP
Counsel for Defendants
Email: rachelstrom@dwt.com
Dated: October 26, 2026

SO ORDERED.

______________________________________

HON. ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE
Dated: October ____, 2026