UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>Plaintiff,<br><br>v.<br><br>BELMONT NEWS FOUNDATION, INC. (d/b/a THE BELMONT VOICE); JESSE A FLOYD, Editor-in-Chief; and SARAH CAPUTO,<br><br>Defendants. | Case No. 1:26-cv-14760-DLC |

**DECLARATION OF JESSE A. FLOYD**

I, Jesse A. Floyd, declare as follows:

1. I am the Editor-in-Chief of *The Belmont Voice*, which is published by Belmont News Foundation, Inc. I have personal knowledge of the facts set forth in this declaration, and submit this declaration in support of the Opposition of Defendants Belmont News Foundation, Inc., Jesse A. Floyd, and Sarah Caputo to Plaintiff Shiva Ayyadurai's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction Pursuant to Fed. R. Civ. P. 65.

2. I have worked in local journalism in New England for 36 years, first as a reporter, and later as a managing editor and Editor-in-Chief. I have been Editor-in-Chief at *The Belmont Voice* since its founding in 2023.

3. *The Belmont Voice* is a nonprofit publication that covers the town of Belmont, Massachusetts. While we occasionally publish stores that affect a broader geographical area, typically our focus is targeted directly on Belmont. We cover municipal government, education,

business, public safety, and features on local residents and events. We also welcome letters to the editor. We have three editorial staff members: Myself, an assistant editor, and a reporter.

4. We rely on a blend of fundraising and advertising to support our publishing. Our primary means of publication is through a physical paper, which is delivered weekly for free to every household in Belmont—approximately 11,000 homes and businesses in total. In line with traditional print business models, the amount of news we can publish in the paper depends on how much ad space we can sell in that paper. Right now, the paper averages about 12 pages per week. We also have a website where we publish our stories.

5. We have previously covered three local elections. Every election season requires us to decide where to focus our coverage, because it would be impossible to cover every candidate in every race. For example, in municipal elections—which are the most relevant to us—there might be 13-20 candidates per year. This doesn't include Town Meeting elections, which involve filling 8 open seats in each of 8 Belmont precincts per year, meaning 64 "races." There are also elections for school committee, select board, and for ballot issues. In 2025, for example, there were more than 100 candidates running for election, mostly for Town Meeting. Because we cannot cover all of these, much less with equal depth, we have to make editorial decisions about how to cover elections in a way that makes sense for our paper and our audience. Where we see certain races or issues generating more debate, we may allot more coverage to them.

6. The 2026 midterms have been the first statewide election we have covered. We decided to cover the statewide races in several phases: First, we covered primary races where incumbents were facing challenges from within their party, including the race between Ed Markey and Seth Moulton. After the primaries, we published an interview with the Republican

nominee John Deaton, who had not faced a primary challenge so was not part of our primary coverage, but had shown himself to be a serious candidate in his past race against Elizabeth Warren. We then planned to seek interviews with the lower polling third party candidates, including Joseph Tache, running for the Party for Socialism and Liberation, and the Plaintiff Shiva Ayyadurai, running as an independent. From the polls I had seen—which had each at near 1% of the vote—it appeared there was no serious possibility either candidate would win, but we wanted to report on what motivated these candidates to run.

7. Dr. Ayyadurai began reaching out to *The Belmont Voice* after seeing our primary season interview with Ed Markey. On August 21, 2026, he left us a voicemail complaining that we had not yet interviewed him. On August 26, 2026, I wrote Dr. Ayyadurai an email explaining that we were covering Markey in connection with his primary challenge, and would be turning to other general election candidates after the primaries. He responded with contacts for setting up an interview. Dr. Ayyadurai wrote again on Friday, September 25, 2026, after business hours, citing our interview with John Deaton published earlier that day, and insisting that we set up an interview with him. He followed up an hour and a half later with an email that levied numerous accusations and insults and included a demand that we schedule an interview with him within five days and confirm as much by the following day (a Saturday), or he would sue us. *The Belmont Voice*'s Board Chair Sarah Caputo stepped in to respond the next morning, explaining that we were still planning to cover his campaign but had not gotten to that coverage yet. Dr. Ayyadurai responded with additional insults and threats. Around this time, the *Voice* began receiving numerous notes from purported readers demanding that we interview Dr. Ayyadurai.

8. Despite Dr. Ayyadurai's concerning behavior and aggressive emails, we decided to continue with our original plan to cover his third party campaign. On October 14, 2026, I wrote to Dr. Ayyadurai with a list of questions about his campaign, asking for a response by October 17. He did not respond to these questions. Instead, he sent an email on October 19 demanding we cover his campaign the way he wanted, or he would sue us. We did not agree.

9. I understand that in this lawsuit Dr. Ayyadurai is demanding that *The Belmont Voice* publish an unedited feature profile of him and pin that article to its digital front page until election day, publish a prominent correction acknowledging his candidacy (the *Voice* has not, to my knowledge, ever incorrectly reported on his candidacy or anything else about him), and send an email blast to subscribers summarizing his campaign. These demands are absolutely unworkable for the *Voice*.

10. First, Dr. Ayyadurai's demand presumes that he is entitled to coverage because he is a political candidate. But there is no way *The Belmont Voice* can publish reporting on every political campaign without exception. As noted above, we principally cover municipal politics and there are dozens of elections for these positions every year. With our limited staff, we could not cover all these elections if we tried, nor could our print edition fit all that coverage without sacrificing other coverage we deem relevant and newsworthy to our audience.

11. Second, Dr. Ayyadurai's demand is fundamentally inconsistent with the principles and reality of our work. We are a free and independent press dedicated to reestablishing a local news ecosphere. My team and I are responsible for reporting and writing our own content. We decide what to write about based on our professional experience and judgment about what Belmont needs to know about. Balance and fairness is vital to what we do. That means we do not and cannot let sources, subjects, or the government dictate the content of

our journalism. To allow that would be the antithesis of our mission as an independent, community-supported newspaper. If we were obligated to publish coverage based on the dictates of third parties, we would lose both our own editorial independence and the trust our readers, and I do not know if we could ever earn them back.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed this 23rd day of October, 2026

Jesse A. Floyd