# INDEX OF EXHIBITS

FILED
IN CLERKS OFFICE
2026 OCT 28 A 11: 08
U.S. DISTRICT COURT
DISTRICT OF MASS.

Exhibit A: Email Correspondence between Dr. Shiva Ayyadurai and Jesse A. Floyd (August 26, 2026 - Confirming Agreement "to setup interview).

Exhibit B: Email Correspondence from Sarah Caputo, Board Chair (September 26, 2026 - Reaffirming Candidate Coverage).

Exhibit C: Email from Jesse A. Floyd containing Bad-Faith Questionnaire (October 14, 2026 - Demanding 48-Hour Weekend Turnaround for "State Senate").

Exhibit D: Form 990 of Belmont News Foundation, Inc. (Confirming $578,967 Net Assets and $213,825 Net Operating Surplus).

Exhibit E: Certified Broadcast Record of WWLP-22News Candidate Profile (Springfield, MA - Demonstrating Professional Media Coverage Standard).

Exhibit F: Sworn Declaration of Crystal Ellis, Director of Communications (Establishing 40-Year Media Custom and Breach of August 26 Agreement).

Exhibit G: True and Correct Copy of Dr. Shiva Campaign Platform Flyer (Halted Field Literature Representing 11,025 Unreached Households).

Exhibit H: Production Record of Candidate Spoken Interview on Fitchburg WPKZ (105.3 FM / AM 1280) Radio (Confirming Candidate Parity Standard Provided by Smaller Regional Broadcaster).