**Exhibit G: True and Correct Copy of Dr. Shiva Campaign Platform Flyer (Halted Field Literature Representing 11,025 Unreached Households).**

