**Exhibit H: Production Record of Candidate Spoken Interview on Fitchburg WPKZ (105.3 FM / AM 1280)Radio (Confirming Candidate Parity Standard Provided by Smaller Regional Broadcaster).**




MORNING SHOW SCHEDULE
SEPTEMBER 23 – OCTOBER 6
30-MINUTE INTERVIEW SLOTS • EASTERN TIME

| DATE | 7:00 | 7:30 | 8:00 | 8:30 |
|---|---|---|---|---|
| WED, SEP 23 | MAYOR MIKE NICOLSON | MAYOR MIKE NICOLSON | AVAILABLE | AVAILABLE |
| THU, SEP 24 | AVAILABLE | FIRE CHIEF DANTE SUAREZ | AVAILABLE | AVAILABLE |
| MON, SEP 28 | AVAILABLE | AVAILABLE | MONDAY MORNING SPORTS | AVAILABLE |
| TUE, SEP 29 | AVAILABLE | KEVIN CORMIER | AVAILABLE | TIM FOLEY |
| WED, SEP 30 | AVAILABLE | AVAILABLE | AVAILABLE | MEGHAN KILCOYNE |
| THU, OCT 1 | AVAILABLE | AVAILABLE | JIM McGOVERN | AVAILABLE |
| MON, OCT 5 | AVAILABLE | AVAILABLE | MONDAY MORNING SPORTS | AVAILABLE |
| TUE, OCT 6 | AVAILABLE | KEVIN CORMIER | AVAILABLE | TIM FOLEY |

FILED
IN CLERKS OFFICE



FILED
IN CLERKS OFFICE
2026 OCT 28 A 11:10
U.S. DISTRICT COURT
DISTRICT OF MASS.



## III. The 49-Day Delay and Gross Departure from Professional Standards

8. Following Defendant Floyd's August 26 commitment, Defendants went completely silent for 49 consecutive days.
9. Neither Defendant Floyd nor any representative of *The Belmont Voice* made any good-faith outreach to me or campaign manager Mike Mosca to schedule the promised interview, despite knowing that early voting in Massachusetts was rapidly approaching.
10. During this exact 49-day blackout of Dr. Shiva, Defendants actively coordinated with a multi-paper regional syndicate across six municipalities to conduct and broadcast an extensive, long-form, one-hour spoken video interview for Republican candidate John Deaton.
11. On October 14, 2026 - weeks after early mail-in ballots were printed and distributed to voters - Defendant Floyd finally broke his silence not to schedule the agreed-upon spoken interview, but to arbitrarily tender an insulting, 4-question email questionnaire.
12. In my 10 years in media relations, I have rarely witnessed such an egregious departure from trade standards:

    a. Defendant Floyd stripped Dr. Shiva of his earned academic credentials, addressing him as "Mr." rather than "Dr. Shiva."

    b. Defendant Floyd demonstrated total disregard for the office Dr. Shiva is seeking by inquiring about a nonexistent campaign for the "state senate."

    c. Defendant Floyd imposed an unreasonable 48-hour weekend turnaround deadline, threatening that failure to comply would result in exclusion.

    d. Defendant Floyd unilaterally claimed the right to censor and edit Dr. Shiva's written words, while having granted his white opponent an unfiltered, hour-long broadcast production.

## IV. Detrimental Reliance and Quantified Operational Campaign Harm

13. Because *The Belmont Voice* delivers its physical print newspaper free of charge to approximately 11,000 households and businesses in Belmont every week, our campaign directly relied upon Defendant Floyd's August 26 agreement to provide candidate coverage to Belmont voters.
14. Our campaign operates on rigorous systems-engineering principles. Prior to the August 26 commitment, our field team had established a strict 20-day ground operation to distribute our official 4-page educational platform flyer directly to 12,000 Belmont residential doorsteps. Full-time field operative Noel was scheduled to canvass Belmont at an audited rate of 600 flyers per day (20 days × 600 flyers/day = 12,000 households).
15. In direct and reasonable reliance upon Defendants' agreement to feature the U.S. Senate race in their universal weekly home delivery, our campaign made the operational decision to

conserve field resources, avoid duplicate canvassing, and reassign Noel to other municipalities across the Commonwealth.

16. The campaign halted field canvassing in Belmont after distributing only 975 flyers.
17. By stringing our campaign along for 49 days and ultimately refusing to conduct the promised interview, Defendants deprived our campaign of direct communication with 11,025 planned Belmont households (12,000 planned – 975 distributed) during the vital early-voting window.

V. Comparison to Other Massachusetts Media Outlets

18. Other regional media outlets honored professional candidate parity without delay, evasion, or discriminatory conditions:

    a. Fitchburg FM radio scheduled and conducted an in-depth, one-hour spoken candidate interview with Dr. Shiva the day after interviewing candidate Deaton, stating explicitly: "By law, we have to give you equal coverage."

    b. WWLP-22News in Springfield scheduled, conducted, and broadcast a live, professional television and digital interview with Dr. Shiva without delay or pretext.

19. The Belmont Voice's refusal to honor its August 26 commitment was an intentional, bad-faith breach that executed an unprecedented informational blackout of an independent candidate of color in his own hometown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of October, 2026.

/s/Crystal Ellis

CRYSTAL ELLIS Director of Communications, Shiva4Senate