**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>Plaintiff,<br><br>v.<br><br>BELMONT NEWS FOUNDATION, INC. (d/b/a THE BELMONT VOICE); JESSE A FLOYD, *Editor-in-Chief*; and SARAH CAPUTO,<br><br>Defendants. | Case No. 1:26-cv-14760-ADB |

**MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned, Rachel F. Strom, a member in good standing of the Massachusetts Bar, respectfully moves that Leena M. Charlton of Davis Wright Tremaine LLP be permitted to appear *pro hac vice* on behalf of Defendants Belmont News Foundation, Inc. (d/b/a The Belmont Voice), Jesse A. Floyd, and Sarah Caputo.

In support of this Motion and attached hereto is the Declaration of Leena M. Charlton in Support of Motion for Admission *Pro Hac Vice* affirming that she is a member in good standing of every jurisdiction in which she has been admitted to practice and there are no disciplinary proceedings pending against her as a member of the bar of any jurisdiction.

Dated: November 12, 2026

Respectfully submitted,

/s/ *Rachel F. Strom*

Rachel F. Strom (BBO #666319)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
Telephone: (212) 603-6455
Fax: (212) 489-8340

*Counsel for Defendants*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that on November 11, 2026, Abigail Everdell, counsel for Defendant, emailed Plaintiff to obtain his consent to the instant motion. Plaintiff did not respond.

Dated: November 12, 2026

/s/ *Abigail B. Everdell*
Abigail B. Everdell

**CERTIFICATE OF SERVICE**

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: November 12, 2026

/s/ *Rachel F. Strom*
Rachel F. Strom