**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>Plaintiff,<br><br>v.<br><br>BELMONT NEWS FOUNDATION, INC. (d/b/a THE BELMONT VOICE); JESSE A FLOYD, *Editor-in-Chief*; and SARAH CAPUTO,<br><br>Defendants. | Case No. 1:26-cv-14760-ADB |

**DECLARATION OF ABIGAIL B. EVERDELL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Abigail B. Everdell, declare as follows:

1. I am an attorney with the firm of Davis Wright Tremaine LLP and maintain my office at 1251 Avenue of the Americas, 42nd Floor, New York, New York 10020. My email address is abigaileverdell@dwt.com. My telephone number is (212) 603-6468.

2. I am a member in good standing of the bars of the State of New York (admitted in 2015), the United States District Court for the Southern District of New York (admitted in 2016), the United States District Court for the Eastern District of New York (admitted in 2018), the United States Courts of Appeals for the Second Circuit (admitted in 2016), the United States Courts of Appeals for the Ninth Circuit (admitted in 2021), the United States Courts of Appeals for the First Circuit (admitted in 2026), and the United States Courts of Appeals for the Fifth Circuit (admitted in 2026).

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction, and I have never been suspended, disbarred or subject to professional

discipline in any Court. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct. I shall submit to the jurisdiction and rules of this Court governing professional conduct.

4. I am familiar with the local rules for the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Abigail B. Everdell*
Abigail B. Everdell

Dated: November 12, 2026